

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

January 11, 2008

By Hand

Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

      Re:  Silvia Paredes v. Astrue
          07 Civ. 5667 (PLC) (MHD)

Dear Judge Dolinger:

      This Office represents the Commissioner of Social Security, defendant in the above-captioned action. During my preparation of the defendant's answer and motion for judgment on the pleadings, I encountered several issues that required that I seek additional information from the Agency. I have received the Agency's response to my request, but I have determined that additional information is necessary. Therefore, with the consent of plaintiff pro se, I respectfully request a thirty day extension of time, from January 14, 2008, until February 13, 2008.

      Four prior extensions have been granted to defendant, as the answer was originally due on August 28, 2007.

      Thank you for your consideration of this request.

                    Respectfully,

                    MICHAEL J. GARCIA
                    United States Attorney

        By:      _____
                LESLIE A. RAMIREZ-FISHER
                Assistant U.S. Attorney
                Telephone: (212) 637-0378
                Fax: (212) 637-2750

cc: Silvia Paredes, Plaintiff Pro Se (By Mail)

ENDORSED ORDER

Application granted. The answer is due by February 13, 2008.

[signature] 1/14/08