COPY

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant U. S. Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-0378
Email: leslie.ramirez-fisher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SILVIA M. PAREDES,

                Plaintiff,    :

     v.                                    :

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,    :

                Defendant.
------------------------------------x

NOTICE OF MOTION
07 Civ. 5667 (WHP) (MHD)

ENDORSED ORDER

Plaintiff may respond to this motion by no later than March 14, 2008. If she opposes the motion, defendant may reply by no later than March 21, 2008.

[signature]
2/14/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

PLEASE TAKE NOTICE that upon the administrative record and the accompanying memorandum of law, the defendant, by his attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable William H. Pauley, United States District Court Judge, United States Courthouse, 500 Pearl Street, New York, New York, for an order granting the Commissioner's motion for a remand pursuant to the fourth sentence of 42 U.S.C. § 405(g), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that this motion is made on submission and no argument shall be heard unless the Court orders otherwise.

Dated:    New York, New York
          February 13, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant

By:    _____
                                      LESLIE A. RAMIREZ-FISHER
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd floor
                                      New York, New York  10007
                                      (212) 637-0378
                                      leslie.ramirez-fisher@usdoj.gov


TO:     Silvia Paredes
        Plaintiff Pro Se
        752 Pelham Parkway South, #5S
        Bronx, New York 10462

2