USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SYLVIA M. PAREDES                      :
                Plaintiff,         :           07 Civ. 5667 (WHP) (MHD)

      -against-                       :           ORDER

MICHAEL J. ASTRUE, Commissioner of     :
Social Security
                                     :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se ("Paredes") filed this action to challenge denial of her application for disability insurance benefits by the Social Security Administration ("SSA"). Defendant moved for an order remanding the case to the SSA for further findings pursuant to 42 U.S.C. § 405(g). Paredes did not oppose the motion. In a Report and Recommendation dated April 11, 2008 ("the Report"), Magistrate Judge Michael H. Dolinger recommended that this Court grant Defendant's motion. Neither party has objected to the Report. This Court finds that the Report is not facially erroneous, and affirms and adopts it. Accordingly, Defendant's motion is granted, and this case is remanded for further findings.

        The Clerk of the Court is directed to mark this case closed.

DATED:  May 8, 2008
              New York, New York

                                                  SO ORDERED:

                                                  WILLIAM H. PAULEY III
                                                        U.S.D.J.

*Copies mailed to:*

The Honorable Michael H. Dolinger
United States Magistrate Judge

Silvia Paredes
752 Pelham Parkway South
# 5S
Bronx, NY 10462
*Plaintiff <u>Pro Se</u>*

Leslie A. Ramirez-Fisher, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
3rd Floor
New York, NY 10007
*Counsel for Defendant*