**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SYLVIA M. PAREDES,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner of Social
Security,

                Defendant.
-----------------------------------------------------------X



07 CIVIL 5667 (WHP)(MHD)

**JUDGMENT**

**SCANNED**

    Whereas on April 11, 2008, the Honorable Michael H. Dolinger, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendant's motion for an order to remand this case to the Social Security Administration for further findings be granted, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on May 8, 2008, having rendered its Order adopting the report, granting defendant's motion, and remanding this case for further findings, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 8, 2008, the report is adopted; defendant's motion is granted; and this case is remanded for further findings; accordingly, the case is closed.

Dated: New York, New York
          May 12, 2008

                                      **J. MICHAEL McMAHON**
                                         Clerk of Court
                    BY:
                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____